**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6214**

ALEXANDER OTIS MATTHEWS,

                Plaintiff – Appellant,

        v.

LIAM O'GRADY, United States District Court Judge,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge.  (1:15-cv-01162-LMB-TCB; 1:11-cr-00348-LO-1)

Submitted:  May 26, 2016                  Decided:  June 1, 2016

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Alexander Otis Matthews, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Otis Matthews appeals the district court's order dismissing under 28 U.S.C. § 1915(A)(b) (2012) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and the court's orders denying Matthews' multiple motions to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Matthews v. O'Grady, Nos. 1:15-cv-01162-LMB-TCB, 1:11-cr-00348-LO-1 (E.D. Va. Feb. 2 & 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED